UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ADAM TOWNSEND                                                                                        PETITIONER

v.                                                                                   CIVIL ACTION NO. 3:15cv428-DPJ-FKB

"NFN" BLACKMON, WARDEN                                                                       RESPONDENT

ORDER

This habeas petition brought under 28 U.S.C. § 2241 is before the Court on Petitioner's Motion for Summary Judgment [12] and the Report and Recommendation of United States Magistrate Judge F. Keith Ball [14].  Judge Ball recommended that Petitioner's motion be denied and that no relief be granted.  Petitioner Adam Townsend has not filed an Objection, and the time to do so has now passed.

Townsend, a federal inmate currently incarcerated at the Federal Correctional Complex in Yazoo City, Mississippi, brought this petition challenging a disciplinary proceeding in which he was found guilty of violating a provision of the Federal Bureau of Prisons' Prohibited Act Code and sanctioned with the loss of 27 days of good-time credit.  In his Petition, Townsend asserts that the disciplinary proceedings violated his due process rights and that the disciplinary officer's decision was not supported by sufficient evidence.  Judge Ball concluded that Townsend received all the process he was due and that "some evidence" supported the decision.  *See Superintendent, Mass. Corr. Inst. v. Hill*, 472 U.S. 445, 455 (1985).  The undersigned agrees and adopts the Report and Recommendation in its entirety.

Accordingly, the Court adopts the Unopposed Report and Recommendation [14] as its opinion.  Petitioner's Motion for Summary Judgment [12] is denied, and his Petition [1] is

dismissed with prejudice.  A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 8th day of November, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE